SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0111 CRB (EDL) |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(3)) |
| v. | |
| PAUL PARIS, | |
|     Defendant. | |

    Pursuant to the stipulation of the parties, the Court enters this order documenting its exclusion of time under the Speedy Trial Act, defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from March 5, 2007, to March 12, 2007. The parties stipulate, and the Court finds and holds, as follows:

    1.    This matter was scheduled for arraignment on the indictment on March 5, 2007. Defendant, who is in custody, did not appear in court that day. The Marshal's office represented that defendant was absent because he had been taken to the hospital. In light of defendant's absence, the Court re-set arraignment for March 12, 2007.

    2.    Given defendant's unavailability on March 5, the period from March 5, 2007, to March 12, 2007, is properly excluded in computing the time within which trial must commence

under the Speedy Trial Act. Id. at § 3161(h)(3).

    3.    Accordingly, at the hearing on March 5, 2007, the Court ordered that the period from March 5, 2007, to March 12, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3).

IT IS SO STIPULATED:

DATED: March 12, 2007              /s/
GEOFFREY A. HANSEN
Attorney for Defendant

DATED: March 9, 2007              /s/
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 13, 2007

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]*