SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0111 CRB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| PAUL PARIS, ) | |
| Defendant. ) | |

    With the agreement of the parties, and with the consent of defendant Paul Paris, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 4, 2007, to April 25, 2007.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from April 4, 2007, to April 25, 2007, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

1   3. Accordingly, and with the consent of the defendant, at the hearing on April 4,
2   2007, the Court ordered that the period from April 4, 2007, to April 25, 2007, be excluded from
3   Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
4   IT IS SO STIPULATED.
5
6   DATED: April 5, 2007           _____/s/_____
7                                   GEOFFREY A. HANSEN
                                    Attorney for Defendant
8
9   DATED: April 4, 2007           _____/s/_____
                                    ANDREW P. CAPUTO
10                                  Assistant United States Attorney
11
12  IT IS SO ORDERED.
13
14  DATED:  April 10, 2007   _____
                             HON. CHARLES R. BREYER
15                           United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)