SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0111 CRB |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. | |
| PAUL PARIS, | |
|     Defendant. | |

    With the agreement of the parties, and with the consent of defendant Paul Paris, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 16, 2007, to May 23, 2007.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from May 16, 2007, to May 23, 2007, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on May 16, 2007, the Court ordered that the period from May 16, 2007, to May 23, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 17, 2007         _____/s/_____
                            GEOFFREY A. HANSEN
                            Attorney for Defendant

DATED: May 16, 2007         _____/s/_____
                            ANDREW P. CAPUTO
                            Assistant United States Attorney

IT IS SO ORDERED.

DATED:  May 17, 2007        _____
                            HON. CHARLES R. BREYER
                            United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*